APRIL 6, 1953.

No. 548.   BRIDGES ET AL. *v.* UNITED STATES.   Certiorari, 345 U. S. 904, to the United States Court of Appeals for the Ninth Circuit.   The petition for enlargement of the scope of review is denied.   MR. JUSTICE CLARK took no part in the consideration or decision of this application.   *Telford Taylor* and *Norman Leonard* for petitioners.   *Acting Solicitor General Stern* filed a memorandum for the United States in opposition.

No. 293, Misc.   BURKHOLDER *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   Motion for leave to file petition for writ of habeas corpus also denied.   Petitioner *pro se.*   *Solicitor General Cummings* for the United States.

No. 363, Misc.   DEJORDY *v.* MICHIGAN ET AL.   Application denied.

No. 366, Misc.   IN RE JERONIS.   Motion for preliminary injunction denied.

No. 409, Misc.   MARSHALL *v.* UNITED STATES.   Motion for leave to file petition for writ of mandamus denied.